UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRIAM PENA,
           Plaintiff,

-vs-                                      Case No. 6:06-cv-527-Orl-18UAM

STATE OF FLORIDA, DEPARTMENT OF
JUVENILE JUSTICE,
           Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ORDER REQUIRING RELEASE OF MENTAL HEALTH RECORDS (Doc. No. 24)** |
| **FILED:** | **June 27, 2007** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Defendant has requested that the Court order Plaintiff's "health care providers and mental health providers . . . to produce any and all mental health records in their possession dealing with Plaintiff's current or prior history of mental health disorders and otherwise participate in discovery authorized by the rules of civil procedure." Doc. No. 24 at 4. Defendant apparently has yet to serve discovery requests on these non-party providers and, instead, argues that health care providers "typically refuse such information without an order from the Court." Doc. No. 24 at 3. With no discovery dispute before the Court, the motion is premature.

In addition, because the motion is premature, Defendant's counsel did not quote in full any discovery request and objection to the request pursuant to Local Rule 3.04; did not provide

"reasonable notice to other parties and all persons affected thereby" of the motion to compel pursuant to Federal Rule of Civil Procedure 37(a); and did not confer with Plaintiff or counsel for these "health care providers and mental health providers" prior to filing the motion pursuant to Local Rule 3.01(g). Defendant's motion for a general order directed to unspecified non-parties is therefore **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2007.

Donald P. Dietrich
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties